FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 20 PM 3: 15
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VERNON DOWLINGS, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-280
) CR413-171
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which an objection has been filed (Doc. 5). The Report and Recommendation concluded that Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 should be denied as untimely. (Doc. 2 at 1.) Petitioner argued in his objection, however, that he was entitled to equitable tolling on the basis that he had been denied access to legal documents while being transferred to another institution. (Doc. 5 at 2.) Even assuming Petitioner was denied access to his documents, this does not constitute extraordinary circumstances sufficient to grant petitioner equitable tolling. Paulcin v. McDonough, 259 F. App'x 211, 213 (11th Cir. 2007); see also Akins v. United States, 204 F.3d 1086, 1089 (11th Cir. 2000)

(denying equitable tolling where petitioner was subject to lockdowns and misplaced legal papers).

After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2255 petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA